David Cutler, Attorney No. 036107
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Email: documents2@phxfreshstart.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| In re: | Chapter: 13 |
| MASON MURRAY, | Case No.  2:25-bk-10220-MCW |
| ASHLEY MURRAY, | NOTICE OF HEARING ON OBJECTION TO TRUSTEE RECOMMENDATION |
| Debtors. | |

PLEASE TAKE NOTICE that on **May 27, 2026 at 1:30 PM, a hearing will be had on the Debtors' Objection to Trustee Recommendation.**

Parties will be expected to appear in person at U.S. Courthouse and Federal Building, 230 North 1st Avenue, Courtroom 702, Phoenix, AZ 85003.

Dated: April 3, 2026

Respectfully submitted:

/s/ David Cutler_____
David Cutler, 036107
Phoenix Fresh Start Bankruptcy

Objection

## CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this 3rd day of April2026 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Russell Brown, Trustee
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
mail@ch13bk.com

Creditors appearing on
the Master Mailing List

/s/ David Cutler

Objection